IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| SELECT ENERGY SERVICES, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:12-cv-000149-SWW |
| | * | |
| | * | |
| MICHAEL LEBEL, | * | |
| | * | |
| Defendant. | * | |

ORDER

The motion [doc.#26] of plaintiff Select Energy Services, LLC for voluntary non-suit pursuant to Fed.R.Civ.P. 41(a) is hereby granted, defendant Michael Lebel stating he has no objection.[1]  Accordingly, the Court dismisses this action without prejudice.

IT IS SO ORDERED this 11th day of July 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Defendant states he reserves the right to move for attorneys' fees and costs upon any reinstatement of these claims including, but not limited to, the cost of removal incurred in this case.